**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Hazvineyi Leonah Chibisa,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-05406-PHX-SHD

**ORDER**

On August 3, 2026, Petitioner filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, which seeks, among other things, an order compelling Petitioner's immediate release from custody or conduct a bond hearing, (Doc. 1 at 24), and an Emergency Motion or Request for Expedited Handling, (Doc. 2). However, pursuant to General Order 26-09, Respondents are automatically required to show cause, on an expedited timeframe, why the writ of habeas corpus should not be granted. (Doc. 4.) General Order 26-09 also requires Respondents to "provide at least two business days' notice to Petitioner, Petitioner's counsel (if Petitioner has counsel), and the Court of its intent to remove Petitioner from the United States." (*Id.*) Thus, Petitioner's motion for expedited handling is unnecessary—it duplicates the expedited briefing process already being followed.

Therefore,

///

///

**IT IS ORDERED** that the Petitioner's Emergency Motion or Request for Expedited Handling, (Doc. 2) is denied without prejudice. The Court will issue ruling on the pending Petition in due course.

Dated this 5th day of November, 2026.

Honorable Sharad H. Desai
United States District Judge